

2011 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

4-27-2011

# In Re: Krim M. Ballentine

Precedential or Non-Precedential: Non-Precedential

Docket No. 11-1674

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2011

Recommended Citation

"In Re: Krim M. Ballentine " (2011). *2011 Decisions.* Paper 1363.
http://digitalcommons.law.villanova.edu/thirdcircuit_2011/1363

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2011 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

ALD-162                                                    NOT PRECEDENTIAL

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 11-1674
_____

In re:  KRIM M. BALLENTINE,
                                                          Petitioner

_____

On a Petition for Writ of Mandamus from the
District Court of the Virgin Islands
(Related to D.V.I. Civ. No. 10-cv-00028)

_____

Submitted Pursuant to Rule 21, Fed. R. App. P.
April 14, 2011
Before:  SCIRICA, HARDIMAN and VANASKIE, Circuit Judges

(Opinion filed: April 27, 2011 )
_____

OPINION
_____

PER CURIAM

        Petitioner Krim M. Ballentine, proceeding pro se, seeks a writ of mandamus

compelling the District Court to issue a declaratory judgment, grant a hearing, and

respond to his filings and letters.  For the reasons that follow, we will deny the petition.

        Ballentine filed suit against the defendants in the District Court in March 2010.

The defendants filed a motion to dismiss in May 2010.  On July 28, 2010, Ballentine filed

a motion requesting a hearing.  Two months later, on September 30, 2010, Ballentine

filed a letter that appears to ask for "someone to answer the questions posed . . ."

Months later, on March 15, 2011, Ballentine filed a petition for a writ of mandamus, seeking a declaratory judgment in the District Court on his then-pending complaint. Ballentine states that he received no response to his "filings and inquiry letters," and further requests a "pre-trial status hearing or trial; or, a Judgment issue where 'natural born' is designated a non-court decision."

When Ballentine filed this mandamus petition, the District Court had not yet ruled on his motion requesting a hearing or on the defendant's motion to dismiss. However, on March 22, 2011, the District Court denied the motion for a hearing, and, on March 31, 2011, granted the motion to dismiss the complaint. Because the case has been closed, we will deny the mandamus petition as moot.